IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA TORRES CARREON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2089-K |
| | § | |
| WILLIE KING and | § | |
| LOCKWOOD & SON TRUCKING & | § | |
| CONSTRUCTION, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion for Dismissal with Prejudice (Doc. No. 211). The Court **GRANTS** the motion. Plaintiff's claims against Defendants are hereby **dismissed with prejudice** with each party bearing their own costs. The Court retains jurisdiction over the enforcement of the parties' settlement agreement.

**SO ORDERED.**

Signed October 24th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1